KENNETH G. PARKER (SBN 182911)
kenneth.parker@haynesboone.com
ROBIN H. ROUNAGHI (SBN 171251)
robin.rounaghi@haynesboone.com
WILLIAM C. O'NEILL (SBN 251071)
william.oneill@haynesboone.com
**HAYNES AND BOONE, LLP**
18100 Von Karman Ave., Suite 750
Irvine, California 92612
Telephone:   (949) 202-3014
Facsimile:   (949) 202-3114

THOMAS F. A. HETHERINGTON (Texas Bar No. 24007359)*
E-Mail: tom.hetherington@emhllp.com
JESSICA L. WILSON (Texas Bar No. 24028230)*
E-Mail: jessica.wilson@emhllp.com
**EDISON, McDOWELL & HETHERINGTON LLP**
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone:   (713) 337-5580
Facsimile:   (713) 337-8850
*admitted *pro hac vice*

**Attorneys for Plaintiff
PHL VARIABLE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHL VARIABLE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> HOWARD ABRAMS; MAYFAIR STRATEGIES, LLC; and THE ABRAMS FAMILY IRREVOCABLE LIFE INSURANCE TRUST, by and through its trustee, H. BRUCE ABBOTT, <br><br> Defendants. | Case No. 10 CV 0521-BTM-NLS <br><br> **PHL VARIABLE INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT THE ABRAMS FAMILY IRREVOCABLE LIFE INSURANCE TRUST'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> Motion Submitted July 8, 2011 [Doc. 48] |

---

**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S
MTN. TO DIS. SECOND AMEND. COMPL.**

1    Plaintiff PHL Variable Insurance Company ("Phoenix") respectfully submits this Notice of Supplemental Authority Regarding Defendant the Abrams Family Irrevocable Life Insurance Trust's Motion to Dismiss Plaintiff's Second Amended Complaint.

On June 17, 2011, Phoenix filed its Opposition to the Abrams Family Irrevocable Life Insurance Trust's Motion to Dismiss Plaintiff's Second Amended Complaint. [Document 45] ("Opposition"). On June 24, 2011, the Trust filed a Response in support of its motion to dismiss Plaintiff's Second Amended Complaint. [Document 46]. On July 8, 2011, this Court issued a minute order submitting the Trust's motion to dismiss for decision. [Document 48].

On September 20, 2011, the Supreme Court of the State of Delaware issued an opinion supporting the arguments Phoenix made in its Opposition. *See PHL Variable Ins. Co. v. Price Dawe 2006 Ins. Trust, ex rel. Christiana Bank & Trust Co.*, 28 A.3d 1059 (Del. 2011). The *Dawe* opinion is attached hereto as Exhibit A.

In addition, the United States District Court for the Southern District of Florida issued an opinion on November 14, 2011, supporting the arguments Phoenix made in its Opposition. *See* Order Granting Plaintiff Pruco Life Insurance Company's Motion for Summary Judgment and Denying Defendant Wells Fargo Bank, N.A.'s Motion for Summary Final Judgment, *Pruco Life Insurance Co. v. Brasner, et al.*, No. 10-80804-CIV-COHN/SELTZER (S.D. Fla. Nov. 14, 2011). The *Pruco Life Insurance Co.* Order is attached hereto as Exhibit B.

///
///
///
///
///
///

Phoenix requests that this Court take note of these decisions supporting Phoenix's position in this case.

DATED: November 30, 2011

HAYNES AND BOONE, LLP,
KENNETH G. PARKER

By: /s/ Kenneth G. Parker
KENNETH G. PARKER
Attorneys for Plaintiff
PHL VARIABLE INSURANCE CO.

## CERTIFICATE OF SERVICE

I certify that on November 30, 2011, I filed the foregoing **PHL VARIABLE INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT THE ABRAMS FAMILY IRREVOCABLE LIFE INSURANCE TRUST'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

/s/ William C. O'Neill
William C. O'Neill